UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY T. CRYSTAL,
    Plaintiff,

vs.                              Case No.: 3:20cv5579/LAC/EMT

PORSCHE OF DESTIN, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on April 16, 2021 (ECF No. 16). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Judge Grinsted and Judge Stone are **DISMISSED with prejudice** for failure to state a state a claim on which relief may be granted, pursuant to § 1915(e)(2)(B)(ii).

3. Plaintiff's claims against the Okaloosa County State Attorney's Office, State Attorney William Eddins, Assistant State Attorney Reed, and Assistant State Attorney Bernhardt are **DISMISSED with prejudice** for seeking monetary relief against a defendant who is immune from such relief, pursuant to § 1915(e)(2)(B)(iii).

4. Plaintiff's claims against the remaining Defendants are **DISMISSED** for failure to state a state a claim on which relief may be granted, pursuant to § 1915(e)(2)(B)(ii).

5. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 6th day of May, 2021.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**